UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
PO Box 4853
Trenton, NJ   08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Kelly Lungen

Debtor(s)

Case No.: 19-28950 / MBK

Judge: Michael B. Kaplan

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 11/6/2023, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

    **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated:  11/6/2023

/s/  Kierstyn Buchanan

Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Kelly Lungen<br>47 East Tide Way<br>Lavallette, NJ   08735 | Debtor(s) | Regular Mail |
| James J. Cerbone, Esq.<br>2430 Highway 34, Bldg. B<br>Suite 22<br>Manasquan,  NJ   08736-1810 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |