Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19−28950−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kelly Lungen
aka Kelly Castillo
47 East Tide Way
Lavallette, NJ 08735

Social Security No.:
  xxx−xx−1141

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/21/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 9, 2024
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 19-28950-MBK

Kelly Lungen                                                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                    User: admin                                          Page 1 of 3

Date Rcvd: Apr 09, 2024                            Form ID: 148                                      Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelly Lungen, 47 East Tide Way, Lavallette, NJ 08735-1833 |
| 518497772 | | Bureau Investment Group, Attn: Stoneleigh Recovery Associates, PO Box 1479, Lombard, IL 60148-8479 |
| 518497776 | + | Cavalry Portfolio Servicing, Attn: Schachter Portnoy, 3490 Route 1, Suite 6, Princeton, NJ 08540-5920 |
| 518497785 | | Kohls, PO Box 2893, Milwaukee, WI 53201-2983 |
| 518497791 | | Portfolio Recovery Associates, Attn: Forster, Garbus & Garbus, 60 Motor Parkway, Commack, NY 11725-5710 |
| 518497793 | | Professional Placement services, PO Box 612, Milwaukee, WI 53201-0612 |
| 518497794 | | Radiology Physicians At Community, Attn: Apex Asset Managment LLC, 2501 Oregon Pike Ste 102, Lancaster, PA 17601-4890 |
| 518497797 | | Storage Post Suffern, Attn: Stillman Law Office LLC, 50 Tower Office Park, Woburn, MA 01801-2113 |
| 518498139 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 09 2024 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 09 2024 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518497771 | ^ | MEBN | Apr 09 2024 20:42:56 | BCA Financial Services, 18001 Old Cutler Road Suite 462, Miami, FL 33157-6437 |
| 518593286 | | EDI: Q3GTBI | Apr 10 2024 00:40:00 | Bureaus Investment Group, Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518497773 | | Email/Text: cms-bk@cms-collect.com | Apr 09 2024 20:44:00 | Capital Management Services, 698 1/2 Ogden Street, Buffalo, NY 14206-2317 |
| 518497774 | + | EDI: CAPITALONE.COM | Apr 10 2024 00:40:00 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 518575575 | | Email/PDF: bncnotices@becket-lee.com | Apr 09 2024 21:00:46 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518497777 | + | Email/Text: bankruptcy@cavps.com | Apr 09 2024 20:44:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive Suite 400, Valhalla, NY 10595-2321 |
| 518497778 | | EDI: WFNNB.COM | Apr 10 2024 00:40:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 518497779 | | Email/Text: ebn@rwjbh.org | Apr 09 2024 20:44:00 | Community Medical Center, PO Box 29969, New York, NY 10087-9969 |
| 518497781 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 09 2024 20:50:14 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 518497782 | + | EDI: DISCOVER | Apr 10 2024 00:40:00 | Discover, PO BOx 71084, Charlotte, NC |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 09, 2024 | Form ID: 148 | Total Noticed: 44 |

| | | | | |
|---|---|---|---|---|
| | | | | 28272-1084 |
| 518506798 | | EDI: DISCOVER | Apr 10 2024 00:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518497783 | | Email/Text: bknotice@ercbpo.com | Apr 09 2024 20:44:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 518603869 | | Email/Text: ECMCBKNotices@ecmc.org | Apr 09 2024 20:44:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 518497784 | + | EDI: LCIICSYSTEM | Apr 10 2024 00:40:00 | I.C. Systems, 444 Highway 96, Saint Paul, MN 55127-2557 |
| 518601579 | | EDI: JEFFERSONCAP.COM | Apr 10 2024 00:40:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518497786 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 09 2024 20:49:12 | LVNV Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 518605965 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 09 2024 21:00:36 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 518529505 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 09 2024 20:48:09 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518497788 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 09 2024 20:49:04 | Merrick, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 518497789 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 09 2024 20:44:00 | Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 518582109 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 09 2024 20:44:00 | Midland Funding LLC, Po Box 2011, Warren MI 48090-2011 |
| 518497790 | | EDI: PRA.COM | Apr 10 2024 00:40:00 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541-1223 |
| 518569884 | | EDI: PRA.COM | Apr 10 2024 00:40:00 | Portfolio Recovery Associates, LLC, c/o Amazon.com, POB 41067, Norfolk VA 23541 |
| 518569890 | | EDI: PRA.COM | Apr 10 2024 00:40:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518569920 | | EDI: PRA.COM | Apr 10 2024 00:40:00 | Portfolio Recovery Associates, LLC, c/o Ulta, POB 41067, Norfolk VA 23541 |
| 518497787 | | Email/Text: signed.order@pfwattorneys.com | Apr 09 2024 20:43:00 | LVNV Funding LLC, Attn: Pressler Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054 |
| 518497793 | ^ | MEBN | Apr 09 2024 20:43:10 | Professional Placement services, PO Box 612, Milwaukee, WI 53201-0612 |
| 518497795 | + | Email/Text: ngisupport@radiusgs.com | Apr 09 2024 20:43:00 | Radius Global Solutions, 7831 Glenroy Road, Suite 250-A, Minneapolis, MN 55439-3132 |
| 518497796 | + | Email/Text: ngisupport@radiusgs.com | Apr 09 2024 20:43:00 | Radius Global Solutions lLC, PO box 390846, Minneapolis, MN 55439-0846 |
| 518497798 | | EDI: SYNC | Apr 10 2024 00:40:00 | SYNCB, PO Box 965060, Orlando, FL 32896-5060 |
| 518562351 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 09 2024 20:43:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518792522 | | Email/PDF: bncnotices@becket-lee.com | Apr 09 2024 21:00:46 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518497803 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 09 2024 20:43:00 | Toyota Motor Credit, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 518497804 | | Email/Text: edbknotices@ecmc.org | Apr 09 2024 20:43:00 | US Department of Education, PO Box 105028, |

Atlanta, GA 30348-5028

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518497775 | *+ | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 518497780 | * | Community Medical Center, PO Box 29969, New York, NY 10087-9969 |
| 518497792 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541-1223 |
| 518497799 | * | SYNCB, PO Box 965060, Orlando, FL 32896-5060 |
| 518497800 | * | SYNCB, PO Box 965060, Orlando, FL 32896-5060 |
| 518497801 | * | SYNCB, PO Box 965060, Orlando, FL 32896-5060 |
| 518497802 | * | SYNCB, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2024        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| James J. Cerbone | on behalf of Debtor Kelly Lungen cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4